the defendant at the trial were not sealed and sent up to this court as the statute requires. It is essential that the district courts comply with the statutory requirement in this regard.

We have considered the remaining questions raised by the appellant but conclude that they neither disclose a ground for error nor warrant discussion.

The judgment of the district court is affirmed.

PER CURIAM.

In this prosecution for violation of the Mann Act, 18 U.S.C.A. § 2421, we conclude that the evidence was ample to warrant submission of the case to the jury. We find no error in the Court's charge or in the Court's refusal to give the charge requested by the appellant's counsel.

The judgment is affirmed.

---

**Allen WILLIAMS, Appellant,**

v.

**UNITED STATES of America,**
Appellee.

No. 22993.

United States Court of Appeals
Fifth Circuit.

July 5, 1966.

Tom Upchurch, Jr., Amarillo, Tex., Brown & Shuman, Lubbock, Tex., for appellant.

Robert D. Davis, Asst. U. S. Atty., Forth Worth, Tex., Melvin M. Diggs, U. S. Atty., Robert S. Travis, Asst. U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and CHOATE, District Judge.

---

**Oliver J. VICKNAIR, Sr., Appellant,**

v.

**Raymond E. NEUMAN, Deputy Commissioner, Seventh Compensation District, Bureau of Employees' Compensation, United States Department of Labor, Appellee.**

No. 22978.

United States Court of Appeals
Fifth Circuit.

June 23, 1966.

